## Kilgore Linotyping Company, Appellee, v. Arthur Shanin and Harry Shanin, Appellants.

### Gen. No. 23,685.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 5, 1918.

### Statement of the Case.

Action by Kilgore Linotyping Company, a corporation, plaintiff, against Arthur Shanin and Harry Shanin, defendants, to recover for services rendered. To reverse a judgment for plaintiff for $61.15, defendants appeal.

Charles S. Jackson, for appellants.

Meyer Shapiro, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

### Abstract of the Decision.

1.  Appeal and error, § 956*—*what is effect of striking bill of exceptions from record.* Assignments of error which relate to proceedings on the trial cannot be considered when the bill of exceptions has been stricken from the record.

2.  Appeal and error, § 1713*—*when assignments of error deemed waived.* Assignments of error which are not briefed or argued by counsel for appellants must be regarded as waived.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.